**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 87 EAL 2023

        Respondent            :

                           :  Petition for Allowance of Appeal
                           :  from the Order of the Superior Court

        v.                   :

                           :

BRIAN PROUT,                 :

        Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.